23512

Mendel SACHS and Yetty Sachs, Petitioners v. K.W. REALTY GROUP, a Consortium of West Virginia Limited Partnerships d/b/a Waipani II Resort and Beach Club and Sea Island Properties, Inc., Respondents.

(413 S.E. (2d) 9)

Supreme Court

*Brian P. Gibbes*, of *Law Offices of Gibbes and Gibbes*, Hilton Head Island, *for petitioners*.

*Michael W. Battle*, of *Lovelace and Battle*, Conway, *for respondents*.

Heard Oct. 22, 1991; Decided Nov. 12, 1991.

Reh. Den. Feb. 4, 1992.

## ON WRIT OF CERTIORARI TO
## THE COURT OF APPEALS

*Per Curiam:*

Petitioners ask the Court to consider "after discovered" evidence in reviewing the Court of Appeals' decision in *Sachs v. K.W. Realty Group, et al.*, Unpublished Opinion No. 91-UP-022 (Ct. App. filed January 16, 1991). We now dismiss the writ of certiorari as improvidently granted, finding that this evidence does not constitute "after discovered" evidence. *See Ortowski v. Ortowski*, 237 S.C. 499, 117 S.E. (2d) 860 (1961).

Dismissed.